UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>       Plaintiff,<br><br>v.<br><br>JOHN DOE subscriber assigned IP address 69.216.17.86,<br><br>       Defendant. | Civil Case No. 4:21-cv-00250-SDJ |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**
<u>**WITH PREJUDICE OF JOHN DOE**</u>

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings, LLC hereby gives notice that its claims in this action against Defendant John Doe, subscriber assigned IP address 69.216.17.86, are voluntarily dismissed with prejudice.

Dated: July 13, 2021                                                      Respectfully submitted,

                                                            By:  /s/ *Forrest M. Seger III*
                                                                    Forrest Mathew Seger III
                                                                    Texas Bar No. 24070587
                                                                    Clark Hill PLC
                                                                    2301 Broadway
                                                                    San Antonio, TX 78215
                                                                    210-250-6162
                                                                    Fax: 210-250-6100
                                                                    Email: TSeger@clarkhill.com
                                                                    *Attorneys for Plaintiff*